# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DUWAYNE JACKSON,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JENNIS WHITE, et.al.,<br><br>　　　　　　Defendants. | Case No. CV 20-04938-JVS (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　**IT IS ORDERED** that Defendants' Motion to Dismiss is GRANTED IN PART:

Plaintiff's claims against all Defendants pursuant to the Fourteenth Amendment, Plaintiff's claims against Defendants White, Seliktar, Reginaldo, Fakunle and Hernandez, Plaintiff's claims against Defendants Contreras, Magdalena, Flores, and Melendez for failing to protect Plaintiff before Plaintiff set the fire in his cell, Plaintiff's claims against all Defendants for conspiracy, and Plaintiff's claims against all Defendants pursuant to Cal. Civ. Code § 3294 are DISMISSED from this action, without leave to amend and with prejudice.

Defendants' motion to dismiss is DENIED with respect to Plaintiff's claims pursuant to the Eighth Amendment against Defendants Contreras, Magdalena, Flores, and Melendez for failing to protect Plaintiff from injury from the fire in his cell, and Plaintiff's claims against Defendants Contreras, Magdalena, Flores and Melendez pursuant to Cal. Civ. Code § 52.1.

Defendants Contreras, Magdalena, Flores, and Melendez are ordered to file an Answer to the remaining claims in the Second Amended Complaint within thirty (30) days of the date of this Order.

//
//
//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: June 24, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE